entered May 6, 1915, affirming. a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action to restrain defendant from interfering with or removing water pipes from certain real estate and awarding damages for water pipes already disconnected and removed therefrom.

*Edgar T. Brackett, Sheridan P. Wait* and *Luther A. Wait* for appellant.

*Andrew J. Nellis* and *Walter C. Ward*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

———

KATHRYN S. PURCELL, Appellant, *v.* ROSALIA BURROUGHS et al., Respondents.

*Purcell* v. *Burroughs*, 167 App. Div. 951, affirmed.
(Argued November 27, 1916; decided December 12, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1915, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action under section 2653a of the Code of Civil Procedure to contest the validity of the will of Catherine A. Purcell, deceased. The complaint in this action alleges the following as the grounds for setting aside the will: "That said alleged will of Catherine A. Purcell was not executed by her in conformity with the requirements of the law. That at the time of the alleged signing and execution thereof the said Catherine A. Purcell was of unsound mind and incapable of making valid testamentary disposition of her property. That the execution thereof, if the same was ever executed by the said Catherine A. Purcell, was secured by the fraud and

undue influence of William Purcell, deceased, her late husband, whereby the intent and purpose of the said Catherine A. Purcell in making a testamentary disposition of her property was overcome and destroyed, and the desire, will and purpose of the said William Purcell, deceased, was substituted therefor."

*William H. Tompkins* for appellant.

*Fred A. Robbins* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

EVA ROESLER, an Infant, by Her Guardian ad Litem, VICTORIA ROESLER, Respondent, *v.* DUNKIRK HOME TELEPHONE COMPANY, Appellant.

*Roesler* v. *Dunkirk Home Telephone Co.*, 166 App. Div. 967, affirmed.
(Argued November 28, 1916; decided December 15, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 25, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff received an electric shock by coming in contact with a wire attached to one of defendant's poles about three feet from the ground, which wire hung across an electric light wire heavily charged with electricity.

*Edward H. Letchworth* for appellant.

*Nelson J. Palmer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.